# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3690

_____

Clyde Boone,                                  *
                                              *
              Appellant,                       *
                                              *   Appeal from the United States
      v.                                       *   District Court for the
                                              *   District of Minnesota.
Jon Juenger, Mower County Sheriff's           *
Deputy; Mower County, Minnesota,              *   [UNPUBLISHED]
                                              *
              Appellees.                        *

_____

Submitted:  December 13, 2007
    Filed:  December 18, 2007 (Corrected 12/20/07)

_____

Before BYE, RILEY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

      Clyde Boone appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit.  Having carefully considered Boone's arguments and conducted de novo review of the record, see Williams v. City of Carl Junction, Mo., 480 F.3d 871, 873 (8th Cir. 2007), we find no basis for reversal.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

      [1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.